

Sonya Whitten Latimore
87-30 204th Street #B78
Queens, New York 11423
Phone   (718) 776-5084
Fax No. (718) 736-6849
email -thunderstonegroup@verizon.net

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/22/08

February 19, 2008



*Time to complete service is enlarged to March 31, 2008. There will be no further enlargements.  2.21.08  /s/ AKH*

Hon. Alvin K. Hellerstein
United States Courthouse
500 Pearl Street
New York, N.Y. 10017-1312

   Re: Latimore v. NBC
       07 CIV 9338

Dear Judge Hellerstein:

*I am a pro-se plaintiff in the above referenced matter and I am requesting an extension of time in which to serve the Summons and Complaint upon defendants NBC Universal Television, NBC Universal Television Studio, Reveille, LLC, Ben Silverman ( all at the same location) and 25/7 Productions.*

*This breach of contract action was filed on October 18, 2007 and the summons was issued on the same day. Defendants Kim Fuller, in New York and 3 Ball Productions in California, have already been served. However, I just received written notice from the California Process Server I hired that the above four listed defendants have refused service at their office address (Universal City) and directed the process server to another location, CT Corp. in California. I telephoned the process server and was advised that neither CT Corp. or Universal City will allow or accept service upon Mr. Ben Silverman, an individual. Mr. Silverman is also the C.E.O. of Reville, LLC. I was also advised that security guards are posted outside of Universal City and no one is allowed to enter the building without prior authorization. Therefore, it has been impossible to serve Mr. Silverman and Reville, LLC.*

*It is of the utmost importance that I serve Reville, LLC. A woman named Livia Milano is suing NBC in California Federal Court, on a similar matter. She telephoned my home last week and advised me that during a deposition in her case, the name Kim Fuller (one of my defendants) came up. She also said that it is believed Reville, LLC used my treatment to develop its show.*

*I require additional time to locate Mr. Silverman's home address and make another attempt to serve him and Reville, LLC. Also, there has been a delay in communication with the process*

Page -2-

server who is located in California. I just received written notification of this problem in the mail and immediately made this request. Additionally, if NBC continues to refuse to accept service, I hereby request the court to allow a Federal Marshal to serve the Summons and Complaint. In view of the foregoing, I hereby request:

a) an extension of time to serve NBC Universal Television, NBC Universal Television Studio, Reveille, LLC, Ben Silverman and 25/7 Productions;

b) that you direct the Pro-Se office to issue a new summons.

Thank you very much.

Respectfully submitted,

Sonya W. Latimore
Plaintiff - Pro Se