

# Katten
KattenMuchinRosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
212.940.8776 fax

ALAN R. FRIEDMAN
alan.friedman@kattenlaw.com
212.940.8516 direct
212.894.5516 fax

March 3, 2008

Via Facsimile (212-805-7942)

Hon. Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Sonya Whitten Latimore v. NBC Universal, Inc., et al. (07 Civ. 9338)

*[Handwritten notes from Judge:]*
1. The time for all def'ts to answer or move is enlarged to 3/24/08.
2. Pl. shall cause service to be made on all def'ts w/in the next two weeks.
3. The Initial Pre. Trial Conf. is adjourned from 3/7 to 4/4/08, 9:30 am.

3-3-08
[signature]

Dear Judge Hellerstein:

I sent a letter by fax to Your Honor Friday afternoon (February 29) following my conversation with Brigette Jones that day. My February 29 letter advised that we had just been retained by 25/7 Productions, LLC ("25/7") and 3 Ball Productions, Inc. ("3 Ball"), two of the defendants in the above-referenced action, and were writing to request a first extension to their time to respond to the Complaint through and including March 24, 2008.

My February 29 letter further advised that we had been unable to reach the plaintiff, Sonya Whitten Latimore, who is proceeding pro se, to request her consent to the extension and that the time for 25/7 to respond appeared to be March 3, 2008 (i.e., today).

We were able to reach Ms. Latimore late in the afternoon on Friday, and she advised us then that she consented to the requested extension. Ms. Latimore and I just concluded a conference call with Ms. Jones in which Ms. Latimore confirmed her agreement to the requested extension.

At Ms. Jones' suggestion, I am writing to advise Your Honor of Ms. Latimore's consent and request that Your Honor confirm that the time for 25/7 and 3 Ball to respond to the Complaint is extended through and including March 24, 2008. 25/7 and 3 Ball continue to reserve all of their rights in connection with this action, including regarding jurisdiction and venue. (For the convenience of the Court, I am also sending herewith a copy of my February 29 letter.)

Respectfully submitted,

[signature]
Alan R. Friedman, Esq.

cc:   Sonya Whitten Latimore (By Federal Express and Facsimile - 718-736-6849)

NEW YORK   CHARLOTTE   CHICAGO   IRVING   LONDON   LOS ANGELES   PALO ALTO   WASHINGTON, DC   WWW.KATTENLAW.COM
LONDON AFFILIATE: KATTEN MUCHIN ROSENMAN CORNISH LLP
A limited liability partnership including professional corporations
NYC01 84279606v1 334466-00003 3/3/2008 10:04 AM