UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
SONYA WHITTEN LATIMORE,

                  Plaintiff,

  -against-

NBC UNIVERSAL, INC., ET AL.,

                  Defendants.
------------------------------------------------------------- x

**ORDER**

07 Civ. 9338 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/08

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On March 3, 2008, I endorsed an order directing Plaintiff to serve all Defendants within two weeks of the order's issuance. Having been advised that the summons in this action has expired, the pro se office is directed to issue an amended summons on Plaintiff's behalf. Plaintiff must cause service to be made on all Defendants within two weeks of the issuance of the amended summons. Defendants' time to move or answer is enlarged to March 31, 2008. The parties will still appear for the Initial Pretrial Conference on April 4, 2008, at 9:30 am.

       SO ORDERED.

Dated:     March 14, 2008
             New York, New York

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge