

# Katten
KattenMuchinRosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
212.940.8776 fax

ALAN R. FRIEDMAN
alan.friedman@kattenlaw.com
212.940.8516 direct
212.894.5616 fax

March 27, 2008

Via Facsimile (212-805-7942)

Hon. Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

*[Handwritten: The conf is adjourned to 4/11/08, 9:30 a.m. 3-27-08 /s/ AKHellerstein]*

Re:   **Sonya Whitten Latimore v. NBC Universal, Inc., et al. (07 Civ. 9338)**

Dear Judge Hellerstein:

I represent defendants 25/7 Productions, LLC ("25/7") and 3 Ball Productions, Inc. ("3 Ball"), each of whom will be responding to the complaint on or before March 31, 2008 in accordance with Your Honor's March 3, 2008 Order. In addition, I anticipate representing defendants Revielle, LLC and NBC Universal, Inc. who, I am advised were served on March 20 and March 25, respectively, and who will respond in accordance with the applicable rules.

In the March 3, 2008 Order, Your Honor also adjourned the March 7 pre-trial conference to April 4, 2008. I am writing to request a brief adjournment of the April 4th conference due to a prior commitment to serve as a Judge and trainer in my firm's nationwide litigation associate training program in our office in Chicago from April 3 through April 5, 2008.

While I understand that the training program is not the equivalent of a prior scheduled conflicting court appearance, and I can make adjustments if needed. However, if it is acceptable, I would prefer honoring the undertaking I previously made to assist with the program (as I have the prior two years). Accordingly, I respectfully request that the pre-trial conference be adjourned to a date that is convenient for the Court during the week of April 7 or April 14, 2008.

I have spoken with the plaintiff and she has consented to the requested adjournment.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Alan R. Friedman*

Alan R. Friedman

cc:   Sonya Whitten Latimore (By Federal Express and Facsimile - 718-736-6849)