UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

SONYA WHITTEN LATIMORE,

      Plaintiff,

vs.

NBC UNIVERSAL, INC., d/b/a/ NBC UNIVERSAL
TELEVISION DISTRIBUTION; NBC UNIVERSAL
TELEVISION STUDIO; 3 BALL PRODUCTIONS,
INC.; REVEILLE, LLC; BEN SILVERMAN; 25/7
PRODUCTIONS, LLP; DANIEL TIBBETS;
TWENTIETH TELEVISION, INC.; SHINE LIMITED;
ANDREW HILL; KIM FULLER, individually & as
partner of McCreary & Fuller Public Relations Corp.;
and Does 1 through 50, inclusive,

      Defendants.

------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/11/08

07 CIV 9338 (AKH) (JCF)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned individuals on behalf of the referenced parties, that (1) the date by which defendant NBC Universal Television Studio must answer, move or otherwise respond to the Complaint dated October 18, 2007, is extended to and including May 5, 2008; and (2) this stipulation shall not be deemed a waiver of any rights, arguments or defenses available to the parties or in any way impair such rights, arguments or defenses.

Dated: April 8, 2008

_____
Sonya Whitten Latimore
87-30 204th Street #B78
Queens, NY 11423
(718) 776-5084
(718) 736-6849 (facsimile)

*Plaintiff Pro-Se*

KATTEN MUCHIN ROSENMAN LLP

By: _____
Alan Friedman (AF1513)
575 Madison Ave.
New York, NY 10022
(212) 940-8516
(212) 894-5616 (facsimile)

*Counsel for Defendant*
*NBC Universal Television Studio*

SO ORDERED: 4/10/08

_____
U.S.D.J.