UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SONYA WHITTEN LATIMORE,

              Plaintiff,

vs.

NBC UNIVERSAL, INC., d/b/a/ NBC UNIVERSAL
TELEVISION DISTRIBUTION; NBC UNIVERSAL
TELEVISION STUDIO; 3 BALL PRODUCTIONS,
INC.; REVEILLE, LLC; BEN SILVERMAN; 25/7
PRODUCTIONS, LLP; DANIEL TIBBETS;
TWENTIETH TELEVISION, INC.; SHINE LIMITED;
ANDREW HILL; KIM FULLER, individually & as
partner of McCreary & Fuller Public Relations Corp.;
and Does 1 through 50, inclusive,

              Defendants.
------------------------------------------------------------x

07 CIV 9338 (AKH) (JCF)

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Sonya Whitten Latimore hereby dismisses all claims asserted in this action against defendants NBC Universal Television Studio, Ben Silverman, Daniel Tibbets, Twentieth Television, Inc., Shine Limited and Andrew Hill, as none of the foregoing defendants has yet to serve an answer or moved for summary judgment in this action.

Dated: April 16, 2008

Sonya Whitten Latimore
87-30 204th Street #B78
Queens, NY 11423
(718) 776-5084
(718) 736-6849 (facsimile)
*Plaintiff Pro-Se*

SO ORDERED :

U.S.D.J.