UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SONYA WHITTEN LATIMORE,

    Plaintiff,

vs.

NBC UNIVERSAL, INC., d/b/a NBC UNIVERSAL
TELEVISION DISTRIBUTION; NBC UNIVERSAL
TELEVISION STUDIO; 3 BALL PRODUCTIONS, INC.;
REVEILLE, LLC; BEN SILVERMAN; 25/7
PRODUCTIONS, LLP; DANIEL TIBBETS;
TWENTIETH TELEVISION, INC.; SHINE LIMITED;
ANDREW HILL; KIM FULLER, individually & as partner
of McCreary & Fuller Public Relations Corp.; and DOES 1
through 50, inclusive,

    Defendants.

------------------------------------- x

07 CIV 9338 (AKH) (JCF)

**NOTICE OF MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

RECEIVED
APR 0 2 2008
CHAMBERS OF
ALVIN K. HELLERSTEIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

**PLEASE TAKE NOTICE** that, upon the Declarations of David Broome and JD Roth in Support of the Motion to Dismiss the Complaint, dated March 31, 2008, and the accompanying Memorandum of Law, Defendant 3 Ball Productions, Inc., a California corporation ("3 Ball") and 25/7 Productions, LLC, a Delaware limited liability company ("25/7") (collectively "Defendants"), by and through their counsel, Katten Muchin Rosenman LLP, will move this Court, before the Honorable Alvin K. Hellerstein, in Courtroom 14D of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10003, on a date to be determined, for an order dismissing with prejudice the claims asserted by Plaintiff in the Complaint against Defendants pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction and/or Fed. R. Civ. P. 12(b)(3) for improper venue, or transferring this action as to the moving defendants to the United States District Court for the Central District of California pursuant to Fed. R. Civ. P. 12(b)(3) and §§ 28 U.S.C. 1391, 1400 and 1406.

*see enclosed dec'n,*
*p. 2*

*AKH*

31426215_5

**PLEASE TAKE FURTHER NOTICE** that Plaintiff's opposition papers, if any, shall be served on or before April 17, 2008.

Dated: New York, New York
March 31, 2008

KATTEN MUCHIN ROSENMAN LLP

By: *[signature]*
Alan R. Friedman (AF1513)

575 Madison Avenue
New York, New York 10022
(212) 940-8800

*Attorneys for Defendants 25/7 Productions, LLC and 3 Ball Productions, Inc.*

> No basis of jurisdiction against the moving def'ts -- 25/7 Productions, LLC and 3 Ball Productions, Inc. -- having been alleged in the complaint, nor shown in the aff'ts and declarations, the motion is granted, and these def'ts are dismissed.
>
> So ordered.
> 5/22/08
> *[signature]*